IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARTHA AULSTON                                                                  Plaintiff

v.                                        1:05CV00091 JFF

MICHAEL J. ASTRUE
Commissioner,
Social Security Administration,                         Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 6th day of March, 2007.

/s/John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE